**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

INGRID JACKSON,

    Plaintiff,

v.

NANCY BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

CIVIL ACTION NO.: 4:18-cv-65

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 28, 2019 Report and Recommendation, (doc. 19), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court, **AFFIRMS** the Acting Commissioner's final decision, and **DIRECTS** the Clerk of Court to **CLOSE** this case and **ENTER** final judgment in favor of the Acting Commissioner.

**SO ORDERED**, this 2nd day of July, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA