# United States District Court
## Southern District of Georgia

INGRID JACKSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-65

NANCY BERRYHILL, Acting Commissioner
of Social Security,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, the Acting Commissioner's final decision is affirmed and judgment is entered in favor of the Acting Commissioner. This case stands closed.

Approved by: _____

July 19, 2019
Date

Scott L. Poff
Clerk

James R. Burrell
(By) Deputy Clerk